IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| | * | |
| v. | * | Criminal No: DKC-13-cr-0363 |
| | * | |
| **JOSEPH GUADAGNOLI** | * | |
| | * | |
| | * | |

## NOTICE OF APPEAL

Notice is hereby given that Joseph Guadagnoli, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit, the district court's order entered on July 19, 2021 (ECF 107), denying Mr. Guadagnoli's motion for compassionate release.

Respectfully Submitted,

/S
_____
Sicilia C. Englert
Law Office of Sicilia C. Englert, LLC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 636-2261
Sicilia.Englert@englertlawoffice.com